[No. 8307–1–III.   Division Three.   June 30, 1988.]

*In the Matter of the Marriage of* HELEN J. MOORE,
*Appellant, and* LAURENCE MOORE,
*Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–3–00441–8, Yancey Reser, J., entered December 9, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 8129–0–III.   Division Three.   June 30, 1988.]

THE CITY OF SPOKANE, *Respondent,* v. STEVE JOHNSON,
*Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–1–00162–1, Michael E. Donohue, J., entered September 10, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.